IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Juan Carlos Casillas, | NO. C 10-01309 JW |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| People's Choice Mortgage, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on June 28, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, Defendant Onewest Bank ("Onewest") duly submitted a Joint Case Management Statement and Proposed Order. (See Docket Item No. 128.) Plaintiff, who is acting in *pro se*, did not file any Statement.

On May 13, 2010, Onewest filed a Motion to Dismiss,[1] which is scheduled for hearing on October 18, 2010. In light of Onewest's pending dispositive Motion, the Court finds that a Case Management Conference would be premature at this time. Accordingly, the Court VACATES the June 28 Case Management Conference. The Court will set a new Case Management Conference in its order addressing Onewest's Motion to Dismiss, if necessary.

Dated: June 24, 2010

JAMES WARE
United States District Judge

---

[1] (Motion of Defendant Onewest Bank, FSB, Erroneously Sued as "Indymac Bank AKA Onewest Bank," to Dismiss Plaintiff's First Amended Complaint and to Expunge the Notice of Pendency of Action (Lis Pendens) and for Attorney Fees, Docket Item No. 18.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Emily L Murray emurrary@allenmatkins.com
Emily L. Kennedy ekennedy@allenmatkins.com
Michael Dennis Ryan mryan@allenmatkins.com

Juan Carlos Casillas
139 Belmont St.
Santa Cruz, CA 95060

**Dated:  June 24, 2010**                                   **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**