1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Juan Carlos Casillas,                           NO. C 10-01309 JW

           Plaintiff,                           **JUDGMENT**

    v.

People's Choice Mortgage, et al.,

           Defendants.
_____/

Pursuant to the Court's October 21, 2010 Order Granting Defendant OneWest's Motion to Dismiss; Remanding Case to State Court, judgment is entered in favor of Defendants People's Choice Mortgage, Cal Coast Lending, Express Capital Lending, Arturo Torrentera, Impac Funding Corporation, IndyMac Bank, and OneWest Bank as to the following federal claims: (1) Violations of TILA; (2) Violations of RESPA; and (3) Violations of RICO.

The Court declines supplemental jurisdiction over Plaintiff's remaining state law claims. Accordingly, the Court dismisses all remaining state claims without prejudice to Plaintiff to refile in state court.

The Clerk shall close this file.

Dated:  October 21, 2010

_____
JAMES WARE
United States District Judge

1

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

3   Emily L Murray emurrary@allenmatkins.com
    Emily L. Kennedy ekennedy@allenmatkins.com
4   Michael Cougar michaelcougar@msn.com
    Michael Dennis Ryan mryan@allenmatkins.com

5   Juan Carlos Casillas
    139 Belmont Street
6   Santa Cruz, CA 95060

7   **Dated:  October 21, 2010**                          **Richard W. Wieking, Clerk**

8

9                                                          **By:____/s/ JW Chambers_____**
                                                               **Elizabeth Garcia**
10                                                             **Courtroom Deputy**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California